UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKSHMI ARUNACHALAM,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC., et al.,<br><br>    Defendants. | Case No. 18-cv-01250-WHA<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Edward Davila for consideration of whether the case is related to Case No. 17-3383.

**IT IS SO ORDERED.**

Dated: March 22, 2018.

_____
WILLIAM ALSUP
United States District Judge